Certificate Number: 17082-TNE-DE-035974641

Bankruptcy Case Number: 21-31298



17082-TNE-DE-035974641

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 5, 2021, at 8:24 o'clock AM MST, TIFFANY M SMITH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: September 8, 2021

By: /s/Elena Escobedo

Name: Elena Escobedo

Title: Customer Service Representative